**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

|  |  |
|---|---|
| CASEY HENDERSON, as Parent and Next Friend of Minor, P.F.G.<br><br>Plaintiff,<br><br>vs.<br><br>ROBLOX CORPORATION, EPIC GAMES, INC., MICROSOFT CORPORATION, MOJANG AB., and JOHN DOES 1-50<br><br>Defendants. | Case No.: 1:25-CV-00467-SDN<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURUSANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Casey Henderson, as Parent and Next Friend of Minor, P.F.G., a minor, through her designated counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against defendants Roblox Corporation, Epic Games, Inc. Microsoft Corporation, Mojang AB, and John Does 1-50

DATED:  January 29, 2026          Respectfully Submitted,


By:    */s/ Brett D. Baber*_____
       Brett D. Baber
       **RUSSELL, JOHNSON, BEAUPAIN**
       175 Exchange Street, Suite 200
       Bangor, ME 04401
       Phone: (207) 942-7110
       Email: brett@rjb.law

       *Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2026, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of Court using the ECF system, which sent notification of such filing to all counsel of record.

/s/ Brett D. Baber
Brett D. Baber, Esq.